UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALIM S. LAKHA,<br><br>                 Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration<br><br>                 Defendant. | Case No. C09-787-RSL-BAT<br><br>**REPORT AND RECOMMENDATION REGARDING ATTORNEY FEES** |

Plaintiff sought judicial review of the denial of his application for disability insurance benefits and supplemental security income by the Commissioner of the Social Security Administration. Dkt. 1. Based on the stipulation of the parties (Dkt. 30), the Court ordered that this case be reversed and remanded for further administrative proceedings. Dkt. 32. Plaintiff as the prevailing party has timely moved for $6,407.32 in attorney fees, $78.99 in expenses and $422.25 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412. Dkt. 34. The Commissioner does not object to this request. Dkt. 35. Based on the parties' pleadings and the balance of the record, the Court recommends that plaintiff's requests for fees, costs and expenses be **GRANTED.**

Because the Commissioner does not object to plaintiff's fee request, the Court recommends

REPORT AND RECOMMENDATION REGARDING
ATTORNEY FEES- 1

1  that United States District Judge Robert S. Lasnik immediately approve this Report and

2  Recommendation and enter an Order granting plaintiff's request.  A proposed order accompanies

3  this Report and Recommendation.

4      DATED this 11th day of June, 2010.

                                                       /s/ _____
                                                       BRIAN A. TSUCHIDA
                                                       United States Magistrate Judge

REPORT AND RECOMMENDATION REGARDING
ATTORNEY FEES- 2