UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALIM S. LAKHA, ) | |
| ) | |
| Plaintiff, ) | Case No. C09-787-RSL |
| ) | |
| v. ) | **ORDER ADOPTING REPORT** |
| ) | **AND RECOMMENDATION ON** |
| MICHAEL ASTRUE, Commissioner of the ) | **ATTORNEY FEES** |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

The Court, after careful consideration of the plaintiff's motion for attorney fees, the parties' pleadings, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff is awarded $6,407.32 in attorney's fees, $78.99 in expenses, and $422.25 in costs made payable to, and mailed directly to plaintiff's attorney, Robert A. Friedman.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 27th day of July, 2010.

_/ s / Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER - 1