UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALIM S. LAKHA,<br><br>                Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | Case No. C09-787-RSL<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff's counsel moves for attorney fees under 42 U.S.C. § 406(b). Dkt. 42. The Commissioner does not object to the motion. Dkt. 43. The Court has reviewed the motion and recommends:

(1)    Plaintiff's counsel be awarded attorney fees in the net sum of $21,245.25 pursuant to 42 U.S.C. §406(b).

(2)    Plaintiff's counsel, Robert A. Friedman, be directed to pay plaintiff $6,407.32. This constitutes the attorney's fees the Commissioner has previously paid Mr. Friedman under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 in this matter.

As the Commissioner does not oppose the motion, the Court recommends if this recommendation is adopted, that it be approved immediately. A proposed order accompanies this

///

REPORT AND RECOMMENDATION - 1

Report and Recommendation.

DATED this 7th day of February, 2012.

/s/ Brian A. Tsuchida
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2