UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALIM S. LAKHA,<br><br>                           Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                           Defendant. | Case No. C09-787-RSL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF ATTORNEY'S FEES** |

The Court, after careful consideration of the plaintiff's motion for attorney's fees (Dkt. # 42), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, **ORDERS**:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's counsel, Robert A. Friedman, is awarded $21,245.25 pursuant to 42 U.S.C. § 406(b).

(3)     Plaintiff's counsel is directed to pay plaintiff the amount of $6,407.32, the attorney's fees the defendant paid him under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

1   DATED this 16th day of February, 2012.

2

3                                             /s/ Robert S. Lasnik
                                              Robert S. Lasnik
4                                             United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER ADOPTING REPORT AND
RECOMMENDATION OF ATTORNEY'S FEES - 2